IN THE UNITED STATES DISTICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHORN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR. NO 2:18-CR-249-WKW-WC |
| | ) | |
| NICOLE D. SCRUGGS | ) | |

**MOTION TO CONTINUE**

**COMES NOW THE UNDERSIGNED ATTORNEY, WILSON MEYERS, on behalf of Nicole D. Scruggs, defendant,** requesting a motion to continue as grounds:

1. The defendant has just notified the attorney that their mother is in critical condition in the ICU, and that Dr. Scruggs needs to remain by her side.

2. Opposing counsel is not opposed to a motion to continue