IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CR-249-WKW |
| | ) | |
| NICOLE D. SCRUGGS | ) | |

## **ORDER**

Defendant Nicole D. Scruggs's unopposed motion to continue sentencing (Doc. # 122) is GRANTED. Defendant's sentencing hearing is CONTINUED from May 2, 2019, to **May 23, 2019, at 11:30 a.m.** The Clerk of the Court is DIRECTED to provide a court reporter for the hearing. If Defendant is in custody, the United States Marshal is DIRECTED to arrange for Defendant's presence at the hearing.

DONE this 1st day of May, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE